

March 18, 2020

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re:    Upstate Tower Co., LLC, et al, v. The Town of Southport, et al
             Civil Action No.: 6:18-cv-06445-EAW

Dear Judge Wolford:

    We write pursuant to Local Rule 7(a)(6) to request permission to file a limited Surreply in response to the Reply filed by Plaintiffs with regard to their Motion for Relief from Judgment in the above-referenced matter. The proposed Surreply Affirmation is being filed as an attachment to this letter. The proposed Surreply is limited to the specific purposes of: (1) clarifying a misreading of the Town of Southport's updated telecommunications regulations, which Plaintiffs rely on in their Reply papers as central to resolution of their Motion; and (2) correction of an error by Defendants.

    Thank you for your consideration.

                                                    Sincerely,

                                                    **KNAUF SHAW LLP**

                                                    ALAN J. KNAUF

pc:    Jon Devendorf, Esq. (via ECF)